**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

____________ District of ____________ (State)

Case number (*If known*): ____________ Chapter ____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

**Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).**

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7

☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Pritchard Mining Company, Inc
c/o David Hoyer, Esq.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

____________

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

EIN __ - ________

**5. Debtor's address**

**Principal place of business**

David Hoyer, Esq.
22 Capitol Street
Number Street

Charleston WV 25301
City State ZIP Code

Kanawha
County

**Mailing address, if different**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

Debtor Pritchard Mining Company Inc Case number (if known) ____
Name

**6. Debtor's website** (URL) Unk

**7. Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: ____

**8. Type of debtor's business**

*Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [x] No
- [ ] Yes. Debtor ____ Relationship ____

District ____ Date filed ____ MM / DD / YYYY Case number, if known ____

Debtor ____ Relationship ____

District ____ Date filed ____ MM / DD / YYYY Case number, if known ____

## Part 3: Report About the Case

**10. Venue**

*Check one:*

- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor Pritchard Mining Company Inc
Name

Case number (if known) ______

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Larry Kopelman | | $ 20,000 |
| Randall Kopelman | | $ 20,000 |
| Wesley Rosenbaum | | $ 20,000 |
| | Total of petitioners' claims | $ 60,000 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner** Larry Kopelman

c/o Joseph W. Caldwell
Name

3818 MacCorkle Ave S.E.
Number Street

Charleston WV 25304
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

see above
Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/17/2026
MM / DD / YYYY

✘ [signature] Esq.
Signature of petitioner or representative, including representative's title

**Attorneys**

Joseph W. Caldwell, Esq.
Printed name

Caldwell + Riffee, PLLC
Firm name, if any

3818 MacCorkle Ave, S.E.
Number Street

Charleston WV 25304
City State ZIP Code

Contact phone 304-925-2988 Email jcaldwell@caldwell+riffee.com

Bar number 0586

State WV

✘ [signature]
Signature of attorney

Date signed 02/17/2026
MM / DD / YYYY

Debtor Pritchard Mining Company, Inc. Case number (if known) ______

**Name and mailing address of petitioner**

Randall Kopelman
Name
c/o Joseph W. Caldwell
3818 MacCorkle Ave, SE
Number Street
Charleston WV 25304
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

See above
Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/17/2026
MM / DD / YYYY

✘ Joseph W. Caldwell Esq.
Signature of petitioner or representative, including representative's title

Joseph W. Caldwell, Esq.
Printed name
Caldwell + Riffee, PLLC
Firm name, if any
3818 MacCorkle Ave, S.E.
Number Street
Charleston WV 25304
City State ZIP Code
Contact phone 304 925-2988 Email jcaldwell@caldwellandriffee.com
Bar number 0586
State WV

✘ Joseph W. Caldwell
Signature of attorney

Date signed 02/17/2026
MM / DD / YYYY

**Name and mailing address of petitioner**

Wesley Rosenbaum
Name
c/o Joseph Caldwell
3818 MacCorkle Ave, S.E.
Number Street
Charleston WV 25304
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

see above
Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/17/2026
MM / DD / YYYY

✘ Joseph W. Caldwell
Signature of petitioner or representative, including representative's title

Joseph W. Caldwell, Esq.
Printed name
Caldwell + Riffee, PLLC
Firm name, if any
3818 MacCorkle Ave, S.E.
Number Street
Charleston WV 25304
City State ZIP Code
Contact phone 304 925-2988 Email jcaldwell@caldwell&riffee.com
Bar number 0586
State WV

✘ Joseph W. Caldwell
Signature of attorney

Date signed 02/17/2026
MM / DD / YYYY

FILED 2021 JAN 14 PM 3:17 CATHY S. GATSON, CLERK KANAWHA COUNTY CIRCUIT COURT

**IN THE CIRCUIT COURT OF KANAWAHA COUNTY, WEST VIRGINIA**

**MICHAEL ROSENBAUM, WESLEY ROSENBAUM, RANDALL K. KOPELMAN, and LARRY G. KOPELMAN,**

**Plaintiffs,**

**v.** **Civil Action No. 19-C-929**

**PRITHCARD MINING COMPANY, INC. a West Virginia corporation,**

**Defendant.**

**CONSENT JUDGMENT**

Now comes the Defendant, Pritchard Mining Company, Inc., with its counsel, David A. Hoyer and the Law Firm of Hoyer, Hoyer & Smith, PLLC, and consent to have four separate judgments entered against Pritchard Mining, Inc., and in favor of Michael Rosenbaum in the sum of $10,000.00; in favor of Wesley Rosenbaum in the sum of $20,000.00; in favor of Randall K. Kopelman in the sum of $20,000.00; and in favor of Larry G. Kopelman in the sum of $20,000.00, each judgment to earn interest at the legal rate from September 13, 2019, until each is paid in full.

Entered this 14th day of January, 2021.

Honorable Joanna Tabit

Date: 1.19.22
Certified copies sent to:
counsel of record
parties
other (please indicate)
By:
certified/1st class mail
fax
hand delivery
interdepartmental
Other directions
D Hoyer
M DelGiudice
CC

close 13

Jul. 7. 2025 1:39PM Kanawha Co. Circuit Clerk No. 9916 P. 1

## VERIFICATION

I, Wesley Rosenbaum, being first duly sworn, says that the facts and allegations contained in the **INVOLUNTARY BANKRUPTCY PETITION** are true, except insofar as they are therein stated to be on information, and that, so far as they are therein stated to be on information, he/she believes them to be true.

Wesley Rosenbaum

Taken, acknowledges, subscribed and sworn to me this 5th day of February, 2026.

My Commission Expires 5-2-2030.

Notary Public

(SEAL)



**VERIFICATION**

I, Larry G. Kopelman, being first duly sworn, says that the facts and allegations contained in the **INVOLUNTARY BANKRUPTCY PETITION** are true, except insofar as they are therein stated to be on information, and that, so far as they are therein stated to be on information, he/she believes them to be true.

Larry G. Kopelman

Taken, acknowledges, subscribed and sworn to me this 22 day of October, 2025.

My Commission Expires August 11 2030.

NOTARY PUBLIC OFFICIAL SEAL
Joshua King
State of West Virginia
My Commission Expires
August 11, 2030
SecureNet
5621 MACCORKLE AVE SW SUITE A
SOUTH CHARLESTON WV 25309

Notary Public

(SEAL)

**VERIFICATION**

I, Randall K. Kopelman, being first duly sworn, says that the facts and allegations contained in the **INVOLUNTARY BANKRUPTCY PETITION** are true, except insofar as they are therein stated to be on information, and that, so far as they are therein stated to be on information, he/she believes them to be true.

Randall K. Kopelman

Taken, acknowledges, subscribed and sworn to me this 22 day of Oct, 2025.

My Commission Expires 01/26/2027.

Notary Public

(SEAL)

